# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160357(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RODGER ANTHONY NESTO, JR.,
      Defendant-Appellant.
_____/

SC:  160357
COA:  339986
Kalkaska CC:  16-003913-FC

      On order of the Chief Justice, the motion of Julie Baumer to file a brief amicus curiae is GRANTED.  The amicus brief submitted on December 11, 2019, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019         

                                   Clerk